**No. 49624.**—Protests 928690–G, etc., of R. Gliksman et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise is similar to that the subject of *United States* v. *Hearty* (31 C. C. P. A. 106, C. A. D. 257). In accordance therewith the merchandise was held dutiable on the weight of the poultry alone, as claimed.

**No. 49625.**—Protest 101835–K of Western States Importing Co. (San Francisco).

Opinion by EKWALL, J. An oral stipulation was entered into by counsel to the effect that the proper dutiable weight is 21 pounds. The claim that the liquidation is erroneous was sustained. However, the protest originally claimed 22 pounds to be the proper weight, but a line was drawn through the typewritten figures and the number 21 written alongside. As the court cannot recognize an unauthorized alteration in the pleadings, and as the protest originally claimed 22 pounds, the court was unable to give plaintiff the benefit of a less quantity and the collector was therefore directed to take duty upon 22 pounds.

BEFORE THE SECOND DIVISION, JULY 14, 1944

**No. 49626.**—Protests 532281–G, etc., of Seaboard Foreign Trading Co. (St. Louis).

Opinion by TILSON, J. The testimony adduced at the trial showed that certain of the items in question consist of hats similar in all material respects to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted in evidence herein. In accordance therewith the claim at only 25 percent ad valorem was sustained as to those items.

**No. 49627.**—Protest 686470–G of Millinery Clearing House (New York).

Opinion by TILSON, J. The record showed that certain of the items consisted of hats known as harvest hats, valued at less than $3 per dozen, and similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith those imported and withdrawn for consumption prior to the effective date of said trade agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (5) and said trade agreement.